IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| CHARLES BARBER, on behalf of himself and all others similarly situated, | : | Civil Action No.: 13-4199 |
| Plaintiff, | : | |
| v. | : | |
| UNIVERSAL SPACE NETWORK, INC. | : | |
| Defendant. | : | |

---

**PLAINTIFF'S MOTION FOR AN ORDER
AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Class Representative, Charles Barber, and the Settlement Class comprised of all present and former employees of Universal Space Network, Inc. ("Defendant") who were designated, paid, or employed as a Ground Network Operator from October 30, 2010 until February 28, 2014, hereby move before this Honorable Court for an Order:

1. Awarding attorneys' fees in the amount of $45,500.00; and

2. Reimbursing Class Counsel for litigation expenses totaling $583.21.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference, as well as Plaintiff's Motion for Final Approval of the Settlement and accompanying Memorandum of Law which has also been filed with the Court.

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Murphy
    Michael P. Murphy, Jr., Esquire
    One Penn Center, Suite 1230
    1617 John F. Kennedy Blvd.
    Philadelphia, PA 19103
    TEL: 215-375-0961 or 267-273-1054
    FAX: 215-525-0210
    murphy@phillyemploymentlawyer.com
    *Attorney for Plaintiff*

Dated: June 12, 2014

**CERTIFICATE OF SERVICE**

  I, Michael Murphy, Esquire, hereby certify that on June 12, 2014, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

    Michael A. Pavlick
    K&L Gates LLP
    K&L Gates Center
    210 Sixth Ave.
    Pittsburgh, PA 15222
    Tel: 412-355-6275


    /s/ Michael Murphy
    Michael Murphy

Dated: June 12, 2014